My name is Darrell Craig #142708 im writing this in regard of the order to show cause. I ask the permission of the court to grant me 2 weeks more to serve Ms. Wilson I have been having difficulties locating her. Im making progress slowly. I just recied free world assistance in finding her.

Case Name: Craig v. Wilson et al
Case Number: 3:15-cv-00880-HTW-LRA



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 29 2018
ARTHUR JOHNSTON
BY _____ DEPUTY